UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-60084-RAR

**JEANNETTE MILLER**,

      Plaintiff,

v.

**KILOLO KIJAKAZI,**
**Commissioner of Social Security**,

      Defendant.

_____/

**<u>ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 37] ("Report"), entered on June 1, 2022. The Report recommends that the Court deny Plaintiff's Motion for Summary Judgment [ECF No. 29] ("Plaintiff's Motion") and grant Defendant's Motion for Summary Judgment [ECF No. 30] ("Defendant's Motion"). Report at 1. Plaintiff filed objections to the Report on June 15, 2022. [ECF No. 38] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Jared M. Strauss's legal and factual findings.

Having carefully reviewed Plaintiff's Motion, Defendant's Motion, the Responses [ECF Nos. 31, 34], the Replies [ECF Nos. 35, 36], the Report, the Objections, the factual record, the applicable law, and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 37] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [ECF No. 29] is **DENIED.**

3. Defendant's Motion for Summary Judgment [ECF No. 30] is **GRANTED.**

4. Final judgment will be entered via separate order pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 27th day of June, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**